The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND COMMERCIAL INVESTMENT HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOEB AUCTION SERVICES GROUP, LLC, *et al.*, <br><br> Defendant. | CASE NO. 2:19-CV-01275-RSL <br><br> STIPULATED MOTION AND ORDER OF DISMISSAL <br><br> NOTE ON MOTION CALENDAR: January 10, 2020 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above matter shall be dismissed with prejudice and without any award of costs, attorneys' fees, or expenses.

//

//

//

//

//

[PROPOSED] ORDER TO DISMISS - 1
CASE NO. 2:19-cv-01275-RSL
#1293741 v1 / 73313-001

#1293741 v2 / 73313-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED this 10th day of January, 2020.

| | |
|---|---|
| KARR TUTTLE CAMPBELL | FORSBERG & UMLAUF, P.S. |
| /s/Jacque E. St. Romain | /s/ Christopher A. Matheson |
| Jacque E. St. Romain, WSBA 44167 | Christopher A. Matheson, WSBA #40522 |
| 701 Fifth Avenue, Suite 3300 | 901 Fifth Avenue, Suite 1400 |
| Seattle, WA 98104 | Seattle, WA 98164 |
| Phone: 206-223-1313 | Phone: 206-689-8500 |
| Fax: 206-682-7100 | Fax: 206-689-8501 |
| Email: jstromain@karrtuttle.com | Email: cmatheson@foum.law |
| Attorney for Plaintiff | Attorney for Defendant Loeb Auction Services Group, LLC |

MILLER, NASH, GRAHAM & DUNN, LLP

/s/ Brian Esler
Brian Esler, WSBA #22168
Pier 70
2801 Alaska Way, Suite 300
Seattle, WA 98121
Phone: 206-624-8300
Fax: 206-340-9599
Email: brian.esler@millernash.com
Attorney for Defendant Heritage Global Partners, Inc.

[PROPOSED] ORDER TO DISMISS - 2
CASE NO. 2:19-cv-01275-RSL
#1293741 v1 / 73313-001

#1293741 v2 / 73313-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# ORDER

THIS MATTER coming on to be heard before the undersigned judge of the above entitled court based upon the Stipulation of the parties for dismissal, and the Court being fully advised in the premises,

NOW, THEREFORE, it is hereby ORDERED that all claims by all parties be, and hereby are dismissed with prejudice and without any award of costs, attorneys' fees, or expenses.

DATED this 15th day of January, 2020.

_____
The Honorable Robert S. Lasnik

Presented By:

*/s/ Jacque E. St. Romain*
Jacque E. St. Romain, WSBA #44167
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: jstromain@karrtuttle.com

[PROPOSED] ORDER TO DISMISS - 3
CASE NO. 2:19-cv-01275-RSL
#1293741 v1 / 73313-001

#1293741 v2 / 73313-001

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100